IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHANDRA MERRITT, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CASE NO.: 7:21-CV-00017 (WLS) |
| AMEDISYS, INC., *et al.*, | : : : | |
| Defendants. | : : | |

## **ORDER**

Before the Court are Defendants' Motion for Protective Order (Doc. 73) and Motion in Limine (Doc. 75), and Plaintiff's Motion to Stay Discovery (Doc. 74) and Motion for Status Conference with the Court (Doc. 76).

Upon review of the Motions, the Court finds that an in-person hearing is necessary as to Defendants' Motion for Protective Order (Doc. 73), Motion in Limine (Doc. 75), as well as Plaintiff's Motion for Status Conference with the Court (Doc. 76). Therefore, Lead Counsel for both Parties are hereby **ORDERED** to attend an in-person hearing in the **Albany Courthouse** on **Wednesday, May 28, 2024**, at **11 AM**. To be clear, this hearing shall be in-person—a request for telephonic or zoom appearance shall be denied.

Next, Plaintiffs' Motion to Stay Discovery (Doc. 74) pending resolution of other pending motions is **GRANTED**. "[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances. . . ." *Advanced Bodycare Sols., LLC. v. Thione Intern., Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008). This discretionary authority is broad. *Clinton v. Jones*, 520 U.S. 681, 683 (1997). It includes granting a motion to stay if the court's resolution of the pending motions disposes of the case or narrows down the issues. *See Jones v. Bank of Am. Corp.*, 2013 WL 565770, at *2 (M.D. Ga. Oct. 15, 2013).

Here, the Court finds Plaintiffs' request to stay discovery (Doc. 74) is reasonable for good cause shown and reasons provided therein. The Court agrees with Plaintiffs that discovery needs to be stayed in the instant case until the resolutions of the pending Motions (Docs. 73, 75, 76) have been made. Thus, Plaintiffs' Motion to Stay Discovery (Doc. 74) is **GRANTED**. Counsel shall be prepared to present argument and relevant support thereof as to the discovery issues at the hearing.

## CONCLUSION

In sum, an in-person hearing with both Parties' Lead Counsel shall take place on **Wednesday, May 28, 2024** at **11 AM** at the **Albany Courthouse** regarding Motion for Protective Order (Doc. 73), Motion in Limine (Doc. 75), and Motion for Status Conference (Doc. 76). In addition, Plaintiff's Motion to Stay Discovery (Doc. 74) is **GRANTED**. All discovery in the above-styled matter is hereby **STAYED** pending the Court's ruling on the pending Motions (Docs. 73; 75; 76).

**SO ORDERED**, this 15th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2