# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHANDRA MERRITT, | : : : |
| Plaintiff, | : : |
| v. | : :  CASE NO.: 7:21-CV-00017 (WLS) : : |
| AMEDISYS, INC., *et al.*, | : : |
| Defendants. | : |

## ORDER

Before the Court is a Joint Notice of Settlement and Motion to Vacate Hearing and Hold Case in Abeyance (Doc. 88), filed by both Parties. Therein, both Parties state that they have reached a settlement in this matter and that they are working to finalize the terms of their agreement and will file a joint stipulation of dismissal within sixty (60) days. (*Id.*) Accordingly, the Parties request that the Court cancel the hearing set for June 26, 2024, on their pending motions and hold this case in abeyance for sixty (60) days while the Parties work to finalize the written settlement agreement.

To ensure the timely and orderly disposition of this case, the Parties are **hereby ORDERED** to file the appropriate dismissal document(s) **no later than sixty (60) days** after entry of this Order, or by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. Accordingly, the Order (Doc. 80) noticing for the June 26, 2024 hearing is **VACATED**, and the pending Motions (Docs. 73; 75; 76) are **HELD IN ABEYANCE** for a period of sixty (60) days, as requested by the Parties.

**SO ORDERED**, this 20th day of June 2024.

/s/ W. Louis Sands  
**W. LOUIS SANDS, SR. JUDGE**  
**UNITED STATES DISTRICT COURT**

1