# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHANDRA MERRITT, | : : : |
| Plaintiffs, | : : |
| v. | : : : CASE NO.: 7:21-CV-00017 (WLS) |
| AMEDISYS, INC., *et al.*, | : : |
| Defendants. | : |

## ORDER

Before the Court is the Parties' "Joint Motion to Dismiss This Action" (Doc. 92), filed on September 17, 2024. Therein, the Parties seek dismissal of the above-captioned case with prejudice as to Plaintiff-Relator and without prejudice as to the United States. (*Id.*) The Parties state that Plaintiff-Relator has consulted with counsel for the United States in accordance with the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and that counsel for the United States represented the United States' consent to the dismissal of this action. (*Id.*) Subsequently, on September 18, 2024, Counsel for the United States filed the United States of America's Notice of Consent to Dismissal (Doc. 93), notifying the Court of the Attorney General's consent to the dismissal of the case without prejudice to the rights of the United States. (*Id.*)

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Joint Motion (Doc. 92) is **ACCEPTED** and **GRANTED**. The Court, therefore, orders that all Plaintiff-Relator's claims against Defendants are **DISMISSED WITH PREJUDICE** as to Plaintiff-Relator and **DISMISSED WITHOUT PREJUDICE** as to the United States. It is further **ORDERED** that Defendant Amedisys Inc.'s Motion for Protective Order (Doc. 73), Defendant Graham's Motion in Limine (Doc. 75), and Plaintiff-Relator's Motion for Hearing (Doc. 76) are **DENIED WITHOUT PREJUDICE AS MOOT**.

**SO ORDERED**, this 19th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**