IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHANDRA MERRITT, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-17 (WLS) |
| | * |
| AMEDISYS INC., et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of September, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk